**In re Craig M. SAUNDERS, Lindsey Tufts, Jr., and David J. Boll.**

#### No. 2010–1529.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2011.

Alan S. Kellman, Desmarais, LLP, of New York, New York, argued for appellant. With him on the brief were John M. Desmarais and Jason Berrebi.

Brian T. Racilla, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor Janet A. Gongola and Kristi L.R. Sawert, Associate Solicitors. Of counsel was Frances M. Lynch, Associate Solicitor.

LINN, PROST, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**